# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**ROBERT J. FITRAKIS,**

    **Plaintiff,**

  v.

**JOHN HUSTED, et al.,**

    **Defendant.**

**NOTICE**

Case No. 2:12-cv-1015

JUDGE GREGORY L. FROST

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | | |
|---|---|---|
| Place: | United States District Court<br>Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | **TUESDAY,<br>NOVEMBER 6, 2012<br>@ 9:00 A.M.** |

TYPE OF PROCEEDING:    **ORAL HEARING ON MOTION FOR TRO**

                                    GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE

DATE:  November 5, 2012

                                          /s/ Kristin Norcia
                                      (By) Kristin Norcia, Judicial Assistant