CIVIL MINUTES
11/6/12 TRO HEARING
C2-12-1015, FITRAKIS V. HUSTED, ET AL.

PLAINTIFF COUNSEL: CLIFFORD ARNEBECK, JR.
DEFENDANTS COUNSEL: RICHARD COGLIANESE, RYAN RICHARDSON, STEVEN
FORRY & JOHN MCDONALD.
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

Counsel waived opening statements.

Plaintiff call Michael Duniho (via telephone).
Cross examination of Mr. Duniho by Mr. Coglianese & Mr. Forry.
Redirect examination of Mr. Duniho by Mr. Arnebeck.
Re-cross examination of Mr. Duniho by Mr. Forry.
Redirect examination of Mr. Duniho by Mr. Arnebeck.

Plaintiff rests on Mr. Duniho's testimony and their submitted affidavits.

Defendants rest on their submission of affidavits.

Closing arguments by counsel.

The Court will take the matter under advisement and issue its decision in due course.